USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 6 2019

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE D. CREEKS,<br><br>Plaintiff,<br><br>-against-<br><br>AROTECH CORPORATION, JON B. KUTLER, KENNETH W. CAPPELL, LAWRENCE F. HAGENBUCH, JAMES J. QUINN, DEAN M. KRUTTY, and KELLI L. KELLAR,<br><br>Defendants. | Case No. 1:19-cv-10044-GBD<br><br>SO ORDERED:<br><br>/s/ George B. Daniels<br>George B. Daniels, U.S.D.J.<br><br>Dated: NOV 2 6 2019 |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF HER REQUEST FOR
A PRELIMINARY INJUNCTION**

On November 22, 2019, Defendants issued supplemental disclosures in a Schedule 14A Definitive Additional Materials, which disclosed material information, including unlevered free cash flow projections, Plaintiff sought. Accordingly, Plaintiff hereby withdraws her request for a preliminary injunction (ECF 16-19).

Dated: November 22, 2019

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**
By: /s/ *Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
*Attorneys for Plaintiff*