UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                            :
JACQUELINE D. CREEKS,                       :   CASE NO.: 19-cv-10044-GBD-SN
                                            :
       Plaintiff,                       :
                                            :
  -against-                                :
                                            :
AROTECH CORPORATION, JON B. KUTLER,         :
KENNETH W. CAPPELL, LAWRENCE F.             :
HAGENBUCH, JAMES J. QUINN, DEAN M.          :
KRUTTY, and KELLI L. KELLAR,                :
                                            :
       Defendants.                      :
-------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 18, 2019                         Respectfully Submitted,

                                                **MONTEVERDE & ASSOCIATES PC**

                                                */s/ Juan E. Monteverde*
                                                Juan E. Monteverde (JM-8169)
                                                The Empire State Building
                                                350 Fifth Avenue, Suite 4405
                                                New York, New York 10118
                                                Tel: 212-971-1341
                                                Fax: 212-202-7880

                                                *Attorney for Plaintiff*